UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PHYLLIS A. FRESCO,

                      Plaintiff,

vs.

COHEN & SLAMOWITZ, LLP

                      Defendant.

**ANSWER & JURY DEMAND**

CASE NO. 10-cv-709

---

Defendant, COHEN AND SLAMOWITZ, LLP, by and through its attorneys, Smith, Sovik, Kendrick, and Sugnet, P.C., in answer to plaintiff's Complaint, state the following:

1. Paragraph "1" of plaintiff's Complaint contains plaintiff's characterizations of her claims. No response is required. To the extent a response is required, defendant **DENIES** the allegations contained in paragraph "1" of plaintiff's Complaint.

2. Paragraphs "2" and "3" of plaintiff's Complaint contain conclusions of law. No response is required. To the extent a response is required, defendant **DENIES** the allegations contained in paragraphs "2" and "3" of plaintiff's Complaint.

3. **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "4" of plaintiff's Complaint.

4. **ADMITS** the allegations contained in paragraph "5" of plaintiff's Complaint.

5. Paragraph "6" of plaintiff's Complaint contains conclusions of law. No response is required. To the extent a response is required, defendant states that, to the extent plaintiff claims defendant's employees acted in a manner which violated the FDCPA or other relevant statutes or regulations, such actions were beyond the scope of such employment with defendant. Defendant otherwise **DENIES KNOWLEDGE OR INFORMATION** regarding plaintiff's

claims in paragraph "6" of plaintiff's Complaint.

6. Paragraph "7" of plaintiff's Complaint contains plaintiff's characterizations of her own complaint. No response is required.

7. **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraphs "8", "9" and "10" of plaintiff's Complaint, but **ADMITS** that defendant attempted to collect on a known and valid debt.

8. Defendant **DENIES** the allegations contained in paragraphs "11" and "12" of plaintiff's Complaint, but **ADMITS** that defendant attempted to collect on a known and valid debt.

9. **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "13" of plaintiff's Complaint.

10. Defendant **DENIES** the allegations contained in paragraphs "14", "15", "16", "17", "18", "19", "20", "21" and "22" of plaintiff's Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

11. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

12. Plaintiff has failed to mitigate her damages.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

13. Upon information and belief, plaintiff's cause of action may not be maintained because the statute of limitations for one or more of plaintiff's claims has expired.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

14. Defendant did not violate, in which or in part, any provision of the FDCPA.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

15. To the extent that a violation of 15 U.S.C. §1692 may later be determined to have occurred, such violation was not intentional and resulted from a bona fide error notwithstanding reasonable procedures adopted to avoid any such error.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

16. Plaintiff is precluded by the doctrine of waiver and estoppel.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

17. Any damages claimed are barred and/or circumscribed by 15 U.S.C. §1692(k).

## JURY DEMAND

18. Demand is made for a jury trial on all issues.

**WHEREFORE**, defendant demands judgment dismissing plaintiff's Complaint, together with the costs and disbursements of this action.

DATED: October 20, 2010            **SMITH, SOVIK, KENDRICK & SUGNET, P.C.**

By: _____
Daniel R. Ryan, Esq. (#513902)
*Attorneys for Defendant*
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Telephone: (315) 474-2911

TO: Frank J. Borgese, Esq.
*Attorney for Plaintiff*
1207 Delaware Avenue, Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com